[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15887
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 06, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00190-CR-2-KOB-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD DEWAYNE HUTCHERSON,
a.k.a. Main Main,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(March 6, 2007)**

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Joseph A. Ingram, appointed counsel for Reginald Dewayne Hutcherson in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hutcherson's convictions and sentences are **AFFIRMED**. We also construe Hutcherson's response letter as a motion for appointment of new counsel and a motion for extension of time to file a response brief and **DENY** those motions.